IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-01665-RBJ-MJW

SELECT COMFORT CORPORATION,

Plaintiff(s),

v.

THE SLEEP BETTER STORE, LLC,

Defendant(s).

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Defendant The Sleep Better Store, LLC's Motion to Compel Production of Documents (docket no. 2) is DENIED.

This case was filed in the United States District Court for the District of Minnesota under case no. 11-cv-00621-JNE-JSM.  The United States District Court for the District of Minnesota is the court of origin.  The above subject motion (docket no. 2) is an ancillary discovery motion brought in the United States District Court for the District of Colorado.

I take judicial notice, pursuant to Fed. R. Evid. 201, that on August 14, 2012, United States Magistrate Judge Janie S. Mayeron for the District of Minnesota entered a written Order concerning scheduling and discovery in the pending District of Minnesota case 11-cv-00621-JNE-JSM.   See docket no. 13-1.  In paragraph 10 in such Order (docket no. 13-1), Magistrate Judge Mayeron denied the Defendant The Sleep Better Store, LLC's request that Plaintiff Select Comfort Corporation provide Defendant The Sleep Better Store, LLC with information related to Plaintiff Select Comfort Corporation's communication with Outlast Technologies, Inc. [LLC], Overstock.com, Carpenter Company, and any other third parties involved with selling or sourcing mattresses or mattress components, regarding Defendant The Sleep Better Store, LLC or Defendant The Sleep Better Store, LLC's products.  The same type of information is being requested in the subject motion (docket no. 2) before this court as to non-party Outlast Technologies, LLC.  Accordingly, I deny the subject motion (docket no. 2).

Date: August 15, 2012